**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | Case No. **09-51813** |
| **CARLO BARRY** | Chapter 7 |
| Debtor(s) | Judge **JOHN E. HOFFMAN** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

## TO THE CLERK OF THE COURT

The attached check in the amount of (1) $114.45 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Nextel Comm. | 138 | $35.27 |
| Ohio Health | 140 | $79.18 |

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $0 |
| Total Unclaimed Dividends Over $25.00 | $114.45 |

Dated:   5/12/2011         /s/ SUSAN L. RHIEL

                           Susan L. Rhiel

cc: U.S. Trustee